UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-12309-TJH-BFM | Date | December 31, 2025 |
|---|---|---|---|
| Title | Kenneth Lenk v. Monolithic Power Systems, Inc. et al | | |

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:    Attorneys Present for Defendant:

NONE PRESENT    NONE PRESENT

**Proceedings:**   (IN CHAMBERS) ORDER REGARDING POINT OF ORDER LETTER [DKT. NO. 4]

    The Court has received a letter from Kenneth Lenk [dkt. # 4] regarding a Point of Order. The letter is not a properly noticed and served motion and does not comply with multiple Local Rules. Consequently, the Court cannot act on the letter. If Lenk desires assistance to file a proper motion, he can obtain assistance from the Court's Pro Se Clinic.

00 : 00
Initials of Deputy Clerk VRV