**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

KENNETH L. LENK,
Petitioner,
v.
MONOLITHIC POWER SYSTEMS, INC., et al.,
Respondents.

No. 2:25-cv-12309-TJH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the records and files herein, and the Magistrate Judge's Report and Recommendation. Kenneth Lenk filed a "Motion to Dismiss," which the Magistrate Judge construed as objections to the Report and Recommendation. (ECF 19, 20.) Defendants filed their response to those objections. (ECF 21.) After reviewing the construed objections and the response, the Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Plaintiff's claim of exemption (ECF 8-1) is denied; and

3. Defendants are permitted to levy Plaintiff's Ally Bank account to satisfy the judgment against Plaintiff.

DATED: August 5, 2026

Terry J. Hatter, Jr.

HONORABLE TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE